In the Matter of MARIANNE LOWERY, Respondent, v ONI COLE, Appellant. [873 NYS2d 230]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered March 14, 2008. The order, among other things, adjudged that respondent willfully failed to obey an order of support.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto and Gorski, JJ.

 In the Matter of JASON A. CHABOT, Appellant, v LISA A. CHABOT, Respondent. [873 NYS2d 229]—Appeal from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered August 22, 2007 in a proceeding pursuant to Family Court Act article 6. The order, among other things, dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Peradotto and Gorski, JJ.